IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LACEY,

      Plaintiff,                       No. CIV S-07-2254 WBS EFB P

     vs.

J. TORRUELLA, et al.

      Defendants.                <u>ORDER</u>

_____/

     Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

     Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or obtained the certification required on the application form.

/////

1   Accordingly, plaintiff has 30 days from the date this order is served to submit the
2   required certification and trust account statement.  Failure to comply with this order will result in
3   a recommendation that this action be dismissed.  The Clerk of the Court is directed to send
4   plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.
5   So ordered.
6   DATED: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE