# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. LACEY,<br><br>    Petitioner,<br><br>v.<br><br>J. TORREULLA,<br><br>    Respondent. | 2:07-cv-2254-LDG<br><br><br>**ORDER** |

Petitioner Lacey has filed a motion for appointment of counsel pursuant to 18 U.S.C. 3006(a)(2)(B).  Petitioner submits that the complexity of the issues and the limited time allowed to him to do legal research justify appointment of counsel.  The claims made by petitioner are not unduly complex, however, and if defendant believes that his access to the law library is not sufficient, he may request continuances in the filing of his papers in the action.  Accordingly, the court finds that appointment of counsel in this instance is not required in the interests of justice.

THE COURT HEREBY ORDERS that petitioner's motion for appointment of counsel (#11) is DENIED.

DATED this ___9___ day of October, 2009.

_____
Lloyd D. George
United States District Judge