UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. LACEY,<br><br>    Plaintiff,<br><br>v.<br><br>J. TORRUELLA,<br><br>    Defendants. | 2:07-cv-2254-LDG<br><br><br>**ORDER** |

Plaintiff Lacey has filed a motion requesting the court to send a copy of the entire case record to the Ninth Circuit Court of Appeals (#14).  This case, however, is not currently on appeal, and Lacey has not provided any reason for the procurement of these records or why such records should be sent to the Ninth Circuit.  Accordingly,

THE COURT HEREBY ORDERS that Lacey's motion for procurement of records (#14) is DENIED.

DATED this 29 day of March, 2011.

_____
Lloyd D. George
United States District Judge